IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**VERNON C. WHITE,**

**Plaintiffs,**

**v.**

**MADISON COUNTY, ILLINOIS**
**et al.,**

**Defendants.**                                      No. 10-0876-DRH

### ORDER

**HERNDON, Chief Judge:**

On November 2, 2010, Plaintiff filed this 42 U.S.C. § 1983 civil rights suit (Doc. 2). The case was randomly assigned to the undersigned Chief Judge. A review of the pleadings indicates that this case is related to a case that was previously assigned to District Judge Michael J. Reagan. **See *White v. Madison County, Illinois*, 07-CV-716-MJR**.. Cognizant of the Seventh Circuit's position that related cases filed within the same U.S. District Court should be transferred to (or consolidated before) a single District Judge, ***see, e.g. Smith v. Check-N-Go of Illinois, Inc.*, 200 F.3d 511, 513 n.1 (7th Cir. 1999); *Blair v. Equifax Check Services, Inc.*, 181 F.3d 832, 839 (7th Cir. 1999)**, the Court **TRANSFERS** this case to Judge Reagan for further proceedings. All further pleadings shall bear the cause number 10-0876-MJR.

**IT IS SO ORDERED.**

Signed this 4th day of November, 2010.

**Chief Judge**
**United States District Court**